## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

EDWARD CANCILLA,

                Plaintiff,

v.

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA,
LLC d/b/a SANDIA NATIONAL
LABORATORIES,

                Defendant.

Civil Action No. 21-CV-0766 BRB/KRS

## ORDER GRANTING MOTION TO WAIVE FILING FEE UNDER 38 U.S.C. § 4323(h)(1)

Before the Court is Plaintiff's Motion and Proposed Order for Leave to Proceed as a Veteran Without Filing Fee filed on August 17, 2021. (Doc. No. 2.) The plaintiff has filed a complaint for injunctive relief, damages, and jury trial for violations of the Uniformed Services Employment and Reemployment Rights Act ("USERRA") alleging that her employer violated her rights "by denying her benefits of employment based on her military service obligation." (*See* Doc. No. 1.)

Upon consideration of the plaintiff's motion and for good cause, it is ORDERED that the motion is GRANTED pursuant to 38 U.S.C. § 4323(h)(1), Enforcement of Rights with Respect to a State or Private Employer, "no fees or court costs may be charged or taxed against any person claiming rights under this chapter."

The Clerk of Court is DIRECTED to issue a summons for service upon the defendants in this case.

Hon. Kevin R. Sweazea
United States Magistrate Judge

Submitted by:

*/s/ Rosario D. Vega Lynn*
Rosario D. Vega Lynn
Rosario D. Vega Lynn Law Offices, LLC
Attorney for Plaintiff
P.O. Box 65513
Albuquerque, NM  87193
Phone: 505-903-9411
Email: rosariovegalynnlawfirm@outlook.com