IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD CANCILLA,

    Plaintiff,

v.                               No. 1:21-cv-766 BRB/KRS

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA, LLC,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE
## AND MOTION HEARING

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Appear to the Deposition by Remote Means, and for an Expedited Briefing Schedule, (Doc. 33), filed May 17, 2022. Considering the time-sensitive nature of the issue, the Court will set an expedited briefing schedule and hearing on the Motion, as follows:

1. Defendant shall file a response to the Motion by **Friday, May 20, 2022**;

2. Plaintiff shall file a reply by **12:00 p.m. (noon) on Monday, May 23, 2022**; and

3. The Court will hold a telephonic hearing on the Motion on **Tuesday, May 24, 2022 at 9:00 a.m.** The parties shall dial **(888) 398-2342** and enter access code **8193818** to join the conference.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE