IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD CANCILLA,

    Plaintiff,

v.   No. 1:21-cv-766 BRB/KRS

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA, LLC,

    Defendant.

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO APPEAR FOR DEPOSITION BY REMOTE MEANS

    THIS MATTER is before the Court on Plaintiff's Motion for Leave to Appear to the Deposition by Remote Means, and for an Expedited Briefing Schedule, (Doc. 33), filed May 17, 2022.  Plaintiff seeks leave to appear for his deposition via videoconference because he has work and family commitments.  The Court set an expedited briefing schedule and Plaintiff filed his response on May 20, 2022, and Defendant filed a reply on May 23, 2022.  (Docs. 34, 35, 36).  The Court also held a hearing on the Motion on May 24, 2022, at which counsel for both parties appeared and presented oral argument.  (Doc. 37) (Clerk's Minutes).  For the reasons stated on the record at the May 24, 2022 hearing, the Court finds that Plaintiff has not set forth good cause to either move his deposition to a later date or to hold his deposition via videoconference.

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Appear to the Deposition by Remote Means, (Doc. 33), is DENIED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE