IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD CANCILLA,

    Plaintiff,

v.                                                                                                                No. 1:21-cv-766 BRB/KRS

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF SANDIA, LLC,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

THIS MATTER is before the Court on Defendant's Plaintiff's Motion for Protective Order From Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), (Doc. 41), filed July 7, 2022.  Defendant seeks a protective order relating to a deposition notice scheduled for July 25, 2022.  Considering the time-sensitive nature of the issue, the Court will set an expedited briefing schedule as follows:

1. Plaintiff shall file a response to the Motion by **Thursday, July 14, 2022**; and
2. Defendant shall file a reply by **Tuesday, July 19, 2022**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE